# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Deborah Laufer

                Plaintiff,

v.                                             Case No.: 1:20–cv–03527

                                                    Honorable Gary Feinerman

M.J.L.S.T., LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 23, 2020:

      MINUTE entry before the Honorable Gary Feinerman:The 11/4/2020 order [33] gave the parties until 11/18/2020 to show cause why this case should not be transferred to the Western Division. Neither party responded to the show cause order. The status hearing set for 12/1/2020 [35] is stricken. Accordingly, this case is transferred to the Western Division of this District. The Clerk shall effectuate the transfer forthwith. Civil case transferred.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.